IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-01725-WYD-KMT

MARIE BECKETT,

    Plaintiff,

v.

MLF DISTRIBUTING, INC., d/b/a Sun Office Products,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court by stipulation. The Court having reviewed the stipulation, it is hereby

ORDERED that the Stipulated Motion for Dismissal With Prejudice [doc. #27, filed March 10, 2009] is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**, each party to bear her or its own attorney's fees and costs.

    Dated: March 10, 2009

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        Chief United States District Judge